UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAIN CRUZ, | Case No. SACV 10-221 AG(JC) |
| Petitioner, | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| JAMES WALKER, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and accepts the United States Magistrate Judge's Report and Recommendation ("Report and Recommendation").

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

///

///

///

///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2  Report and Recommendation, and the Judgment herein on petitioner and counsel
3  for respondent.
4  LET JUDGMENT BE ENTERED ACCORDINGLY.

6  DATED: November 30, 2012

8  _____
   HONORABLE ANDREW J. GUILFORD
9  UNITED STATES DISTRICT JUDGE