UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAIN CRUZ, | ) Case No. SACV 10-221 AG(JC) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| JAMES WALKER, Warden, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: November 30, 2012

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE